Chris De Carlo, Plaintiff-Appellee, v. Florence De
Carlo, Defendant-Appellant.
Chris De Carlo, Plaintiff-Appellant, v. Florence De
Carlo, Defendant-Appellee.

Gen. Nos. 10,869, 10,891, consolidated.

Second District.
December 1, 1955.
Rehearing denied December 29, 1955.
Released for publication December 30, 1955.

Foster A. Smith, for appellant; Pedder-
son, Menzimer, Carl & Conde, for appellee; Clifford A. Pedderson,
of counsel. Case No. 10891: Pedderson, Menzimer, Carl & Conde,
for appellant; Clifford A. Pedderson, of counsel; Foster A. Smith,
for appellee. Opinion by JUSTICE EOVALDI. Not to be pub-
lished in full.